*E-Filed 04/21/2010*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| BESARO MOBILE HOME PARK, LLC, d/b/a BESARO MOBIL HOME PARK,<br><br>Petitioner,<br>v.<br><br>CITY OF FREMONT; CITY OF FREMONT RENT REVIEW OFFICER MAY LEE; and CITY OF FREMONT HEARING OFFICER RUTH S. ASTLE,<br><br>Respondents. | No. C 10-0478 RS<br><br>**ORDER REFERRING CASE FOR PURPOSE OF DETERMINING RELATIONSHIP PURSUANT TO CIVIL LOCAL RULE 3-12(C)** |

Pursuant to Civil Local Rule 3-12(c), this case is hereby referred to United States District Judge Claudia Wilken for consideration of whether it is related to *Besaro Mobile Home Park, LLC v. City of Fremont*, C 05-02886 CW. Any opposition to or support of this referral should be filed pursuant to Civil Local Rule 3-12(e) and should address the criteria listed in Civil Local Rule 3-12(a).

IT IS SO ORDERED.

Dated: 04/21/2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 10-0478 RS
ORDER