1  HARVEY E. LEVINE, (State Bar No. 61880)
   CITY ATTORNEY, CITY OF FREMONT
2  PRASANNA W. RASIAH (State Bar No. 206842)
   DEPUTY CITY ATTORNEY, CITY OF FREMONT
3  3300 Capitol Avenue
   Fremont, CA 94537-5006
4  Telephone: (510) 284-4030
   Facsimile: (510) 284-4031
5  E-Mail: hlevine@fremont.gov / prasiah@fremont.gov

6  ROCHELLE BROWNE (State Bar No.75953)
   RICHARDS, WATSON & GERSHON
7   A Professional Corporation
   355 South Grand Avenue, 40th Floor
8  Los Angeles, CA 90071
   Telephone: (213) 626-8484
9  Facsimile: (213) 626-0078
   E-Mail: rbrowne@rwglaw.com
10
   Attorneys for Respondents
11 THE CITY OF FREMONT and MAY LEE

12 **UNITED STATES DISTRICT COURT**

13 **NORTHERN DISTRICT OF CALIFORNIA**

14 **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 15  BESARO MOBILE HOME PARK, LLC, dba BESARO MOBILE HOME PARK, | Case No. C10-00478 CW |
| 16 | Honorable Claudia Wilken, Judge Presiding |
| 17  Petitioner, | |
|     v. | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE FROM JUNE 1, 2010 TO JUNE 8, 2010 AND ORDER** |
| 18  THE CITY OF FREMONT, THE CITY OF FREMONT RENT REVIEW OFFICER, MAY LEE, THE CITY OF FREMONT HEARING OFFICER, RUTH S. ASTLE, | |
| 21  Respondents, | Complaint Filed: February 2, 2010 First Amended Complaint Filed: May 6, 2010 |
| 22  THE TENANTS RESIDING AT BESARO MOBILE HOME PARK, | |
| 24  Real Parties In Interest. | |

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE FROM JUNE 1, 2010 TO JUNE 8, 2010 AND ORDER

Case No.: C10-00478 CW

11291\0001\1228416.1

1   IT IS HEREBY STIPULATED by and between petitioner Besaro Mobilehome
2   Park, LLC, and Respondents the City of Fremont and May Lee (collectively the "City"),
3   through their respective undersigned counsel, that the Case Management Conference now
4   scheduled herein for June 1, 2010 at 2:00 p.m. in the Courtroom of the Honorable Claudia
5   Wilken be continued to June 8, 2010 to accommodate the attendance of counsel for the
6   City at a family event out of the State.

Dated: May ____, 2010          Harvey E. Levine, City Attorney
                               Prasanna W. Rasiah, Deputy City Attorney
                               City of Fremont

                               Rochelle Browne
                               Richards, Watson & Gershon


                         By _____
                               Rochelle Browne, Attorneys for Respondents
                               THE CITY OF FREMONT and MAY LEE

Dated: May ____, 2010          Anthony C. Rodriguez
                               Law Offices of Anthony C. Rodriguez


                         By _____
                               Anthony C. Rodriguez, Attorneys for Petitioner
                               BESARO MOBILE HOME PARK, LLC

-1-
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE FROM JUNE 1, 2010 TO JUNE 8, 2010 AND ORDER
Case No.: C10-00478 CW

11291\0001\1228416.1

ORDER

Good cause appearing therefore, IT IS HEREBY ORDERED that the Case Management Conference now scheduled herein for June 1, 2010 at 2 p.m. in the Courtroom of the Honorable Claudia Wilken is continued to June 8, 2010 at the same time and place.

Dated: May 17, 2010


Judge Claudia Wilken

-2-
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE FROM JUNE 1, 2010 TO JUNE 8, 2010 AND ORDER
Case No.: C10-00478 CW

11291\0001\1228416.1