1   ANTHONY C. RODRIGUEZ (State Bar No. 122479)
    LAW OFFICE OF ANTHONY C. RODRIGUEZ
2   1425 LEIMERT BOULEVARD, SUITE 101
    OAKLAND, CALIFORNIA  94602
3   Telephone: (510) 336-1536
    Facsimile: (510) 336-1537
4   Email: arodesq@pacbell.net

5

6   Attorney for Petitioner Besaro Mobile Home Park, LLC,
    dba Besaro Mobile Home Park
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  Besaro Mobile Home Park, LLC,          )   Case No.  C10-00478 CW
    dba Besaro Mobile Home Park            )
12                                         )
                                           )
13              Petitioner,                )   STIPULATION AND [PROPOSED]
                                           )   ORDER STAYING FEDERAL
14  vs.                                    )   PROCEEDINGS PENDING
                                           )   COMPLETION OF STATE COURT
15  The City of Fremont, the City of Fremont )  PROCEEDINGS  - AS MODIFIED
    Rent Review Officer, May Lee,          )
16  the City of Fremont Hearing Officer,   )
    Ruth S. Astle,                         )
17                                         )
                Respondents,               )
18                                         )
                                           )
19  The Tenants Residing at Besaro         )
    Mobile Home Park,                      )
20                                         )
                Real Parties In Interest.  )
21  _____)

22

23

24

25

26

27

28

---

Petitioner Besaro Mobile Home Park, LLC, dba Besaro Mobile Home Park and Respondents, the City of Fremont and May Lee, stipulate as follows:

STIPULATION

1. The Petitioner owns Besaro Mobile Home Park in Fremont, California. In or about January of 2009, the Petitioner applied for a "major" rent increase pursuant to the City of Fremont's mobilehome rent control ordinance, seeking to have the rent increased to $895 per month at each of the 236 spaces at the park.

2. The City of Fremont has advised that it asked the State Office of Administrative Hearings ("OAH") to assign a hearing officer to Petitioner's major rent increase application pursuant to an existing contract between the City and OAH and that OAH assigned Ruth S. Astle ("the hearing officer"). On or about November 4, 2009, the hearing officer issued her decision, denying the requested rent increase.

3. On February 2, 2010, the Petitioner filed this action in the United States District Court for the Northern District of California, seeking judicial review of the hearing officer's decision, pursuant to federal law. *Besaro Mobile Home Park, LLC v. City of Fremont*, Northern District of California Case No. C10-00478 ("the federal court proceedings").

4. Later that same day, the Petitioner filed a Petition for a Writ of Administrative Mandamus in the Alameda County Superior Court, seeking judicial review of the hearing officer's decision, pursuant to state and local law. *Besaro Mobile Home Park, LLC v. City of Fremont*, Alameda County Superior Court No. HG10496925 ("the state court proceedings").

5. The Petitioner alleged in both the federal court proceedings and the state court proceedings that it was reserving "the right to seek a determination in federal court of any and all federal questions and/or claims arising out of or in any way related to its 'major' rent increase application and/or the City of Fremont's mobilehome rent control ordinance, including any claims under 42 U.S.C. Section 1983 and/or the due process, takings and equal protection clauses of the United States Constitution," citing *England v. Louisiana State Bd. of Medical Examiners,* 375 U.S. 411, 418-422 (1964) and *Los Altos El Granada Investors v.*

1  *City of Capitola,* 583 F. 3d 674, 684-690 (9th Cir. 2009).

2       6. Respondents the City of Fremont and May Lee have stated that if the Petitioner does

3  not stipulate to a stay of the federal court proceedings, they intend to file a motion requesting

4  this Court to dismiss, abstain and/or stay the federal court proceedings while the state court

5  proceedings are pending, relying on, inter alia, *Williamson County Regional Planning*

6  *Commission v. Hamilton Bank of Johnson City,* 473 U.S. 172, 192-195 (1985); *Younger v.*

7  *Harris,* 401 U.S. 37 (1971); *Railroad Commission of Texas v. Pullman Co.,* 312 U.S. 496

8  (1941); *Gilbertson v. Albright,* 381 F.3d 965, 968 (9th Cir. 2004), the District Court's ruling

9  in *Besaro Mobile Home Park, LLC v. City of Fremont,* Case No. C05-02886 and the Ninth

10  Circuit Court of Appeal's ruling in *Besaro Mobile Home Park, LLC v. City of Fremont,* Case

11  No. 06-17201.

12       7. The Petitioner acknowledges that this Court is likely to stay the federal court

13  proceedings while the state court proceedings are pending. *Los Altos El Granada Investors*

14  *v. City of Capitola,* 583 F. 3d 674, 684-690 (9th Cir. 2009) and *Gilbertson v. Albright,* 381 F.

15  3d 965, 968 (9th Cir. 2004).

16       8. Rather than incurring additional time and expense litigating the proposed motion,

17  the Petitioner and Respondents the City of Fremont and May Lee agree that the federal court

18  proceedings should be stayed pending final resolution of the state court proceedings.

19  Accordingly, the Petitioner and Respondents the City of Fremont and May Lee respectfully

20  request this Court to stay the federal court proceedings until the state court proceedings are

21  finally resolved.

22

23  IT IS SO STIPULATED:

24  Dated: May 19, 2010          Law Office of Anthony C. Rodriguez

25

26                 s/ Anthony C. Rodriguez

27                 By: Anthony C. Rodriguez
               Attorney for the Petitioner

28

1

2
Dated: May 19, 2010                    Richards, Watson & Gershon

3

4
                                       s/ Rochelle Browne
                                       _____
5                                      By: Rochelle Browne
                                       Attorney for Respondents the City of Fremont and May
6                                      Lee

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

<u>ORDER</u>

2

     Pursuant to the stipulation of the parties, and good cause appearing, this action is

3

hereby stayed, pending final resolution of the state court proceedings, including any and all

4

appeals.  Nothing herein shall preclude any party from seeking to dissolve this stay during the

5

pendency of the state court proceedings, pursuant to noticed motion filed with this Court.  The

6

parties shall advise this Court within sixty (60) days of the state court proceedings being

7

finally resolved (including any and all appeals), so that this Court may take any appropriate

8

action at that time, including scheduling any Case Management Conference that may be

9

required.  **The parties shall file a joint status report on November 1, 2010 and every 180 days thereafter.**

10

IT IS SO ORDERED:

11

12

Dated: May __27__, 2010

13

14

15

The Honorable Claudia Wilken
United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C10-00478 CW

PROOF OF SERVICE BY MAILING

I declare I am employed in the County of Alameda, California.  I am over the age of 18 years and I am not a party to the within cause.  My business address is 1425 Leimert Boulevard, Suite 101, Oakland, California  94602.

On May 19, 2010 I served the following document:

1.    STIPULATION AND [PROPOSED] ORDER "STAYING" FEDERAL PROCEEDING PENDING COMPLETION OF STATE COURT PROCEEDINGS

on the following by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully paid, in the United States mail at Oakland, California, addressed as follows:

Rochelle Browne, Esq.
Richards, Watson & Gershon
355 South Grand Avenue, 40th Floor
Los Angeles, California 90071

Harvey E. Levine, Esq.
City Attorney, City of Fremont
3300 Capitol Avenue
Fremont, California  94537-5006

Ruth S. Astle
California Office of Administrative Hearings
1515 Clay Street, Suite 206
Oakland, California  94612

I declare under penalty of perjury that the foregoing is true and correct.  Executed on May 19, 2010 at Oakland, California.

s/ Anthony C. Rodriguez
Anthony C. Rodriguez