IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BESARO MOBILE HOME PARK, LLC,<br><br>           Plaintiff,<br><br>     v.<br><br>CITY OF FREMONT, et al.,<br><br>           Defendants.<br>_____/ | No. 10-00478 CW<br><br>ORDER VACATING<br>ORDER STAYING<br>FEDERAL<br>PROCEEDINGS<br>PENDING<br>COMPLETION OF<br>STATE COURT<br>PROCEEDINGS |

   On May 19, 2010, the parties filed a stipulation and proposed order requesting that the Court stay this action pending final resolution of the state court proceedings.  Because not all of the parties to the case signed the stipulation, the Court vacates the order staying the action.  The parties may file a new stipulation signed by all of the parties or, if no such agreement can be reached, file a motion to stay the case.

   IT IS SO ORDERED.

Dated: 05/28/10

*Claudia Wilken*
_____
CLAUDIA WILKEN
United States District Judge