1  HARVEY E. LEVINE, (State Bar No. 61880)
   CITY ATTORNEY, CITY OF FREMONT
2  PRASANNA W. RASIAH (State Bar No. 206842)
   DEPUTY CITY ATTORNEY, CITY OF FREMONT
3  3300 Capitol Avenue
   Fremont, CA 94537-5006
4  Telephone: (510) 284-4030
   Facsimile: (510) 284-4031
5  E-Mail: hlevine@fremont.gov / prasiah@fremont.gov

6  ROCHELLE BROWNE (State Bar No.75953)
   RICHARDS, WATSON & GERSHON
7   A Professional Corporation
   355 South Grand Avenue, 40th Floor
8  Los Angeles, CA 90071
   Telephone: (213) 626-8484
9  Facsimile: (213) 626-0078
   E-Mail: rbrowne@rwglaw.com
10
   Attorneys for Respondents
11 CITY OF FREMONT and MAY LEE

12             **UNITED STATES DISTRICT COURT**

13            **NORTHERN DISTRICT OF CALIFORNIA**

14               **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 15  BESARO MOBILE HOME PARK, LLC, dba BESARO MOBILE HOME PARK, | Case No. C-10-00478-CW |
| 16 | Honorable Claudia Wilken, Judge Presiding |
|      Petitioner, | |
| 17 | STIPULATION EXTENDING TIME |
|      v. | FOR RESPONDENTS CITY OF |
| 18 | FREMONT AND MAY LEE TO |
| 19  THE CITY OF FREMONT, THE CITY OF FREMONT RENT REVIEW OFFICER, | RESPOND TO THE FIRST AMENDED COMPLAINT FROM JUNE 15, 2010 |
| 20  MAY LEE, THE CITY OF FREMONT HEARING OFFICER, RUTH S. ASTLE, | TO AND INCLUDING JULY 15, 2010 OR 20 DAYS AFTER THE RULING |
| 21      Respondents, | ON RESPONDENT ASTLE'S MOTION TO DISMISS, WHICHEVER IS |
| 22  THE TENANTS RESIDING AT BESARO | LATER, PURSUANT TO LOCAL RULE 6.1(b) AND ORDER (**AS** |
| 23  MOBILE HOME PARK, | **MODIFIED**) |
| 24      Real Parties In Interest. | Complaint filed:  February 2, 2010 |
| 25 | |

26

27

28

---

11291\0001\1234438.2

RICHARDS | WATSON | GERSHON
ATTORNEYS AT LAW – A PROFESSIONAL CORPORATION

IT IS HEREBY STIPULATED by and between Petitioner, Besaro Mobilehome Park, ("Petitioner"), respondents, City of Fremont and May Lee (collectively the "City"), and respondent, Ruth S. Astle ("Astle"), through their respective undersigned counsel that:

1.  The City's time to respond to the first amended complaint is now due on June 15, 2010 pursuant to a stipulation under Local Rule 6.1(a) of the City and Petitioner, who were the only parties that had then appeared in this matter.

2.  This case was stayed pursuant to the stipulation of the City and Petitioner and the order of the Court entered thereon on May 27, 2010.

3.  The stay order was vacated by the Court on May 28, 2010 due to the appearance of Respondent Ruth Astle (Astle).

4.  At the time the stay was vacated, Rochelle Browne, counsel for the City was away on vacation and due to the stay in effect when she left for vacation had not begun preparation of the Rule 12(b) motion that she had planned to file if the case were not stayed.

5.  Respondent Astle has filed a motion to dismiss the first amended complaint and will not consider whether to stipulate to a stay until after that motion is heard.

6.  In view of these circumstances, Petitioner, Respondent Astle and City hereby STIPULATE that the time in which the City may respond to the first amended complaint be extended to July 15, 2010 or 20 days after the Court's ruling on Respondent Astle's motion to dismiss the complaint, whichever is later.

Dated: June __, 2010                Anthony C. Rodriguez
                                    Law Offices of Anthony C. Rodriguez


                        By  _____
                            Anthony C. Rodriguez
                            Attorneys for BESARO MOBILE HOME PARK, LLC

-1-

11291\0001\1234438.2

1    Dated: June __, 2010                    Harvey E. Levine, City Attorney
                                             Prasanna W. Rasiah, Deputy City Attorney
2                                            City of Fremont

3                                            Rochelle Browne
                                             Ginetta L. Giovinco
4                                            Richards, Watson & Gershon

5

6                            By _____
                                             Rochelle Browne
7                                            Attorneys for CITY OF FREMONT and MAY LEE

8

9    Dated: June __, 2010                    Edmund G. Brown, Jr., Attorney General
                                             Stephen P. Acquisto, Supervising Deputy
10                                           Attorney General
                                             S. Michele Inan, Deputy Attorney General
11                                           State of California

12

13                           By _____
                                             Attorneys for RUTH S. ASTLE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RICHARDS | WATSON | GERSHON
ATTORNEYS AT LAW – A PROFESSIONAL CORPORATION

11291\0001\1234438.2

1

ORDER

2  Good Cause Appearing therefor, IT IS HEREBY ORDERED that, pursuant to Local Rule

3  6.1(b), the time in which the City may respond to the First Amended Complaint is

4  extended from June 15, 2010, when it is now due, until 21 days after the administrative

5  re-opening of the case and lifting of the stay.

6

7  Dated: June 9, 2010

8  Claudia Wilken, Judge of the Federal District
   Court for the Northern District of California

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

11291\0001\1234438.2

RICHARDS | WATSON | GERSHON
ATTORNEYS AT LAW – A PROFESSIONAL CORPORATION