1  ANTHONY C. RODRIGUEZ (State Bar No. 122479)
   LAW OFFICE OF ANTHONY C. RODRIGUEZ
2  1425 LEIMERT BOULEVARD, SUITE 101
   OAKLAND, CALIFORNIA  94602
3  Telephone: (510) 336-1536
   Facsimile: (510) 336-1537
4  Email:  arodesq@pacbell.net

5

6  Attorney for Petitioner Besaro Mobile Home Park, LLC
   dba Besaro Mobile Home Park

7

8               UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA / OAKLAND

10

11  Besaro Mobile Home Park, LLC,          )   Case No. C10-00478 CW
    dba Besaro Mobile Home Park            )
12                                         )
                                           )   STIPULATION REGARDING
13              Petitioner,                )   BRIEFING SCHEDULE ON MOTION
                                           )   TO DISMISS AND AMENDED
14  vs.                                    )   PETITION
                                           )
15  The City of Fremont, the City of Fremont )
    Rent Review Officer, May Lee,          )   Date: June 20, 2013
16  the City of Fremont Hearing Officer,   )   Time: 2:00 p.m.
    Ruth S. Astle,                         )   Location:  Courtroom 2
17                                         )   Judge:  Hon. Claudia Wilken
                Respondents,               )
18                                         )
                                           )   Trial Date: Not Set
19  The Tenants Residing at Besaro         )   Petition Filed: February 2, 2010
    Mobile Home Park,                      )
20                                         )
                Real Parties In Interest.  )
21  _____)

22

23

24

25

26

27

28
   ─────────────────────────────────────────────────
   STIPULATION REGARDING BRIEFING SCHEDULE ON MOTION TO DISMISS AND AMENDED PETITION
                                                   Case No.  C10-00478 CW

1  Petitioner Besaro Mobile Home Park, LLC dba Besaro Mobile Home Park ("the
2  Petitioner") and Respondents, the City of Fremont and May Lee ("the Respondents"), by and
3  through their respective attorneys of record, hereby stipulate as follows:

**RECITALS**

1. On or about February 2, 2010, the Petitioner initiated these proceedings by filing a Petition for a Writ of Administrative Mandamus in this court ("the federal court proceedings"). At the same time, the Petitioner filed a Petition for a Writ of Administrative Mandamus in the Alameda County Superior Court ("the state court proceedings").

2. On or about July 29, 2010, this court stayed the federal court proceedings, pending final resolution of the state court proceedings. As of that date, the Respondents had not filed a responsive pleading in the federal court proceedings.

3. On or about February 27, 2013, this court granted the Petitioner's motion to reopen the federal court proceedings. The Respondents have advised that they intend to file a motion to dismiss the federal court proceedings. The Petitioner has advised that it intends to file an amended petition after the motion to dismiss is filed, pursuant to Federal Rules of Civil Procedure Section 15(a)(1)(B).

4. This court has directed the Petitioner and the Respondents to stipulate to a briefing schedule on or before March 6, 2013 with respect to the Respondents' motion to dismiss the federal court proceedings.

5. In its July 29, 2010 ruling, this court determined also that Respondent Ruth S. Astle is not required to file any additional pleadings or papers in the federal court proceedings. Accordingly, Respondent Ruth S. Astle is not a party to this stipulation.

WHEREFORE, THE PETITIONER AND RESPONDENTS THE CITY OF FREMONT AND THE CITY OF FREMONT'S HEARING OFFICER, MAY LEE, AGREE AS FOLLOWS:

**STIPULATION**

A. The Respondents shall file and serve their motion to dismiss the federal court

1 proceedings on or before Friday, May 3, 2013.

2     B.    The Petitioner shall file and serve its opposition brief, if any, on or before
3 Monday, May 20, 2013.

4     C.    The Respondents shall file and serve their reply brief, if any, on or before
5 Friday, May 31, 2013.

6     D.    The hearing on the Respondents' motion to dismiss shall be noticed for
7 Thursday, June 20, 2013 at 2:00 p.m., which date is currently open on this court's calendar.
8 Should that date no longer be open at the time the Respondents file their motion to dismiss,
9 the Respondents shall set the hearing on their motion to dismiss for the next available date
10 on this court's calendar that is available for both the Petitioner and the Respondents.

11     E.    Pursuant to Federal Rules of Civil Procedure Section 15(a)(2) and Civil Local
12 Rules, Rule 6-1(a), the Petitioner and the Respondents hereby agree that the Petitioner may
13 file an amended petition on or before Wednesday April 3, 2013.  Should Petitioner file an
14 amended petition on or before Wednesday April 3, 2013, said filing shall not change the
15 briefing schedule on the Respondents' motion to dismiss, as set forth above.

16 **IT IS SO STIPULATED.**

17
18 Dated: March 5, 2013                       Law Office of Anthony C. Rodriguez

19
20                                     By:    s/ Anthony C. Rodriguez
                                                  Anthony C. Rodriguez, Esq.
21                                                   Attorney for the Petitioner

22
23 Dated: March 5, 2013                       Richards, Watson & Gershon

24
25                                                   By:    s/ Rochelle Browne
                                                  Rochelle Browne, Esq.
26                                                   Attorney for Respondents the City of Fremont
                                                  and May Lee
27

*[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Claudia Wilken (signed)]*

28 STIPULATION REGARDING BRIEFING SCHEDULE ON MOTION TO DISMISS AND AMENDED PETITION
                                                                             Case No.  C10-00478 CW